# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:  
    CHERYL RENEE JONES

Debtors

Case No. 1732118

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sabrina L. McKinney, chapter 13 trustee, submits the following Final Report and Account the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follow

1) The case was filed on 07/25/2017.

2) The plan was confirmed on 10/16/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/26/2018, 02/15/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/03/2022.

6) Number of months from filing to last payment: 63.00.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $23,400.00.

10) Amount of unsecured claims discharged without payment: $13,941.80.

**UST Form 101-13-FR-S (4/1/2009)**

| | | |
|---|---|---|
| **Receipts:** | | |
| Total paid by or on behalf of the debtor | $51,837.44 | |
| Less amount refunded to debtor | $814.48 | |
| **NET RECEIPTS:** | | **$51,022.96** |

| | | |
|---|---|---|
| **Expenses of Administration:** | | |
| Attorney's Fees Paid Through the Plan | $3,000.00 | |
| Court Costs | $260.00 | |
| Trustee Expenses & Compensation | $2,931.20 | |
| Other | $10.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,201.20** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | Unsecured | 1,926.30 | 1,909.79 | 1,909.79 | 1,345.48 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 42.57 | 42.57 | 29.99 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 23,247.20 | 23,217.12 | 23,217.12 | 23,217.12 | 2,846.06 |
| CAPITAL ONE MAURICES | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | 85.13 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Unsecured | 2,889.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 4,455.61 | 4,457.11 | 4,457.11 | 3,140.10 | 0.00 |
| DISCOVER PERSONAL LOANS | Unsecured | 2,726.22 | 2,727.71 | 2,727.71 | 1,921.71 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 290.04 | 290.04 | 204.34 | 0.00 |
| MERRICK BANK | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 537.72 | 563.81 | 563.81 | 397.21 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,127.98 | 1,141.63 | 1,141.63 | 804.30 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 864.00 | 856.90 | 856.90 | 603.70 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 380.83 | 384.11 | 384.11 | 270.61 | 0.00 |
| REGIONS BANK | Secured | 6,403.29 | 6,427.62 | 5,801.54 | 5,801.54 | 750.04 |
| REGIONS BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| TEXAS A&M UNIVERSITY | Unsecured | 6,827.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 118,862.00 | 132,937.20 | 132,937.20 | 0.00 | 0.00 |
| VERIZON | Unsecured | NA | 411.00 | 411.00 | 289.56 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $5,801.54 | $5,801.54 | $750.04 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $23,217.12 | $23,217.12 | $2,846.06 |
| **TOTAL SECURED:** | **$29,018.66** | **$29,018.66** | **$3,596.10** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $3,200.00 | $3,200.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,200.00** | **$3,200.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$145,721.87** | **$9,007.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $6,201.20 |
| Disbursements to Creditors | $44,821.76 |
| **TOTAL DISBURSEMENTS :** | **$51,022.96** |

11) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be and proper.

Dated: 02/03/2023      By: /s/ Sabrina L. McKinney
Office of the Chapter 13 Trustee      Chapter 13 Standing Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**